**STATE of Missouri, Respondent,**

v.

**Terrance BOOZE, Appellant.**

**No. WD 53838.**

Missouri Court of Appeals,
Western District.

March 10, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1998.

Application for Transfer Denied
June 16, 1998.

A. Renae Adamson, Asst. Public Defender Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

### ORDER

PER CURIAM.

Terrance Booze appeals from a conviction of murder in the second degree, § 565.021 RSMo 1994, and a conviction of armed criminal action, § 571.015 RSMo 1994.

Judgment affirmed. Rule 30.25(b).